# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2023

## NO. 03-21-00621-CR

**Antonio Perez, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## AFFIRMED AS MODIFIED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on October 28, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reflect that Perez pleaded not guilty. The Court affirms the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.